William Flint, appellant, v. J. S. Mundy, appellee.  Gen. No. 8,077.

Assumpsit for timber sold on contract.  Judgment against plaintiff. Appeal from the Circuit Court of Clark county; the Hon. Walter Brewer, Judge, presiding.  Heard in this court at the April term, 1927.  Reversed and remanded.  Opinion filed October 31, 1927.

William E. Isley, for appellant.  William T. Hollenbeck and H. J. Buxbaum, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

Edward C. Pyatt et al. v. John Kramer et al.

Hugh Scott, administrator of the estate of Ann E. Pyatt, deceased, appellee, v. Edward C. Pyatt et al.  Edward C. Pyatt, appellant. Gen. No. 8,088.

Partition.  Decree against plaintiff on cross-bill.  Appeal from the Circuit Court of Moultrie county; the Hon. Geo. A. Sentel, Judge, presiding.  Heard in this court at the April term, 1927.  Reversed and remanded with directions.  Opinion filed October 31, 1927.

John E. Jennings and C. R. Patterson, for appellant.  F. M. Harbaugh, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

Richard Rohweder, by Henry Rohweder, appellee, v. Martin McMann et al., appellants.  Gen. No. 8,101.

Trespass for personal injuries to infant from dog bite.  Judgment for plaintiff.  Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding.  Heard in this court at the April term, 1927.  Affirmed.  Opinion filed October 31, 1927.

Leroy Adair and Wm. & P. J. Schlagenhauf, for appellants.  John E. Wall, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

Henry G. Ailts, appellee, v. H. L. Huffington, appellant.  Gen. No. 8,105.

Action for personal injuries from automobile collision.  Judgment for plaintiff.  Appeal from the Circuit Court of Tazewell county; the Hon. Joseph E. Daily, Judge, presiding.  Heard in this court at the April term, 1927.  Reversed and remanded.  Opinion filed October 31, 1927.

William A. Potts and R. J. Lavery, for appellant; Arne B. Hummeland, of counsel.  P. A. D'Arcy and Ralph Dempsey, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

---

Geneva Bozarth, by Leslie Bozarth, appellee, v. Louis Ayers, appellant.  Gen. No. 8,115.

Action for damages for rape on infant.  Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Norman L. Jones, Judge, presiding.  Heard in this court at the April term, 1927.  Reversed and remanded.  Opinion filed October 31, 1927.

John G. Friedmeyer, for appellant.  O'Hern & O'Hern and John P. Snigg, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.